LOUIS REICHERT v. J. GEORGE GRILL.— Motion to dismiss appeal denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE EBLING BREWING COMPANY v. JOHN VIVIANO.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE EBLING BREWING COMPANY v. HERMAN SCHWACKE.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARY A. HOWELL v. FREDERICK KUHNEMUTH.— Motion to dismiss appeal granted, without costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. C. LUHAN v. CHARLES SLAVIK.— Motion dismissed, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL E. FRIEDMAN v. MAX ROSENBLATT.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LORD CONSTRUCTION COMPANY v. WILLIAM K. ROSS and Another.— Motion to dismiss appeal denied, without costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS DE YBARRA and Another v. GEORGE MOSCAHLADES and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRIEDA FARMER v. LOUIS C. SILVERMAN.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUSTAVE DISCH v. NATIONAL SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MANPORT REALTY CORPORATION v. 224–232 WEST 30TH STREET REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FILBEN REALTY CORPORATION v. HARRY LESSEM.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA HORMARTA v. DAVID HALPERIN and Another, Impleaded, etc.    ALBERT HORMARTA v. DAVID HALPERIN and Another, Impleaded, etc.— Applications denied, with ten dollars costs, and stay vacated.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SWEDISH TOBACCO MONOPOLY v. TANSY TOBACCO CORPORATION.— Application denied, with ten dollars costs, and stay vacated.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES J. OBEID v. JOHN CHANDLER HUME.— Application denied, with ten dollars costs, and stay vacated.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PHILIP BENDISH v. HAMILTON COURT REALTY Co., INC.— Application denied, with ten dollars costs, and stay vacated.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.